IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00155 AWI |
| Plaintiff, | ) ) | |
| | ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| v. | ) ) | (Fed. R. Crim. P. 48 (a)) |
| KEVIN SMITH, | ) ) | |
| Defendant. | ) ) ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice as to Kevin Smith.

IT IS SO ORDERED.

Dated: February 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1